# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

130000

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHRISTOPER JAMES DONKERS,
      Plaintiff-Appellant,

v

                                   SC: 130000
                                   COA: 262852

JODY LEE DONKERS, a/k/a
JODY LEE ROSA,
          Defendant-Appellee.
                                   Wayne CC: 02-236657-DM

_____/

      On order of the Court, the application for leave to appeal the October 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                                    _____

s0221                                             Clerk